UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | MAG. JUDGE NO. 2:15-MJ-1707-2 |
| | § | |
| LINA TRUJILLO | § | |

## **MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). The following requires detention of the defendant pending trial in this case:

(1) There is a serious risk that the defendant will not appear; and

(2) There is a serious risk that the defendant will endanger the safety of another person or the community.

The evidence against the defendant meets the probable cause standard. The defendant's personal information has not been corroborated. The defendant has not presented a suitable co-surety or third party custodian which would likely be required based on the defendant's history. Further, the defendant has a history of noncompliance with court ordered supervision in a prior felony case including her failing to report to her probation officer a total of 32 times and her probation being revoked. The findings and conclusions contained in the Pretrial Services Report are adopted. The defendant's family members did not appear at the defendant's bond hearing this morning as expected by defense counsel. Defense counsel may move to re-open the detention hearing if he is

able to locate and present a suitable release plan to which the Government may object or otherwise respond.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 16th day of December, 2015.

_____
Jason B. Libby
United States Magistrate Judge